107 F.3d 862
 Carolee A. Medico
v.
Charles P. Medico, Patrick J. Toole, Jr., Donald D. Dolbin,
Hugh F. Mundy, First Fidelity Bank, N.A., Pennsylvania,
Anthony Terracciano, Lawrence MacDonald, as a Court Officer,
Thomas A. Makowski, as a Court Master of Court of Common
Pleas of Luzerne County, PA, Suzan Latona, as a Pennsylvania
Standing Commissioner, Chester Muroski, Judge, as a Judge of
Court of Common Pleas of Luzerne County, PA, Correale
Stevens, as District Attorney of
 NO. 96-7138
 United States Court of Appeals,
Third Circuit.
 Feb 06, 1997
 
 Appeal From: M.D.Pa. ,No.950083 ,
 Rambo, J.
 
 
 1
 Affirmed.